May 30, 2014

**VIA ECF AND FAX TO (212) 805-7986**

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
500 Pearl Street
Daniel Patrick Moynihan Courthouse
New York, NY 10007

Re:   *Lexos Media, Inc. v. Zynga, Inc.*
       Case No. 12-cv-7994-PGG

Your Honor:

On behalf of Plaintiff Lexos and Defendant Zynga, we submit this joint letter to inform the Court that Lexos withdraws its pre-motion letter to the Court, dated May 20, 2014. The parties have reached agreement regarding amending infringement and invalidity contentions.

The parties agree that Lexos may amend its infringement contentions to add five accused games: (1) CityVille 2, (2) ChefVille, (3) CoasterVille, (4) Ninja Kingdom, and (5) Roller Coaster Kingdom. In addition, Lexos will amend its invalidity contentions to replace asserted claims 57, 58, 59, 65, 66, 71, 72, 78, and 79 from the '241 patent with claims 70, 71, 72, and 73 from the '102 patent, and claims 1, 53, 72, and 77 from the '449 patent.

The parties agree that Zynga may amend its invalidity contentions to include Adveractive prior art identified in Adveractive's third party production, which was provided to Lexos on May 22 and 27. Lexos does not waive its arguments regarding any limit on the number of prior art references Zynga may assert.

As a result, there is no need to schedule a pre-motion conference.

Respectfully Submitted,

| */s/ Sonali D. Maitra* | */s/ Brett E. Cooper* |
|---|---|
| Daralyn J. Durie (admitted *Pro Hac Vice*) | Brett E. Cooper |
| Sonali D. Maitra (admitted *Pro Hac Vice*) | David R. Dehoney |
| DURIE TANGRI LLP | MCKOOL SMITH |
| 217 Leidesdorff Street | One Bryant Park, 47th Floor |
| San Francisco, CA 94111 | New York, NY 10036 |
| Telephone: (415) 362-6666 | Tel: (212) 402-9400 |
| Facsimile: (415) 236-6300 | Fax: (212) 402-9444 |
| Email: ddurie@durietangri.com | Email: bcooper@mckoolsmith.com |
| smaitra@durietangri.com | ddehoney@McKoolSmith.com |
| | |
| Attorneys for Defendant | Attorneys for Plaintiff |
| ZYNGA, INC. | LEXOS MEDIA, INC. |