UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEXOS MEDIA, INC., <br><br> Plaintiff, <br><br> v. <br><br> ZYNGA, INC., <br><br> Defendant. | § § § § § § § § § § § § § § § § § <br> CIVIL ACTION NO. 1:12-cv-07994 (PGG-AJP) <br><br> ECF CASE |

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/15

[PROPOSED] ORDER OF DISCONTINUANCE

It having been reported to this Court that the above-captioned action has been settled, and the parties and their counsel having consented to the entry of this Order of Discontinuance, it is hereby

ORDERED that said action be, and hereby is, discontinued without prejudice and without costs.

March 3, 2015
DATE

Paul. Gardephe
U.S.D.J.